D+7

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAR 2 2006 ★
WASHINGTON D.C. BAR

† NEW YORK BAR

† ADMITTED TO PRACTICE
U.S. SUPREME COURT
N.Y. FEDERAL DISTRICT COURTS
MEMBER AMERICAN TRIAL LAWYERS

† NEW JERSEY BAR

LAW OFFICES OF
**DARYLL BOYD JONES †, P.C., L.L.P.**
ATTORNEY AT LAW

QUEENS OFFICE
133-21 FRANCIS LEWIS BLVD.
LAURELTON, NY 11413
TEL: 718-528-8548
FAX: 718-528-5124

BROOKLYN OFFICE
154 WASHINGTON AVE.
BROOKLYN, NY 11205
TEL: 718-923-9700
FAX: 718-923-9701

MOVANT'S COUNSEL IS DIRECTED TO SERVE A COPY OF THIS ORDER ON ALL PARTIES UPON RECEIPT

February 23, 2006

APPLICATION GRANTED:
CONFERENCE ADJOURNED TO 3/3/06 @ 3:00 pm

SO ORDERED: s/Robert Levy
2/23/06    U.S. Magistrate Judge

Magistrate Judge Robert Levy
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    Holsey Corporation v. The Waldron Street Book Company/ EDNY 05- 4210(J6)**

Dear Judge Levy,

I am requesting an adjournment of the Status Conference scheduled for today at 2:45 in the abve mentioned case. Attorney Daryll Jones is ill and will not be able to attend. We have tried to contact opposing cousel Marc Elliott and Scott Zarin to get alternative dates but received there voice mail. We're asking that you adjourn the conference for today and once we have spoken with opposing counsel we will request a new date.

Please contact our office to let us know your decision. If you have any questions you can contact me at the above numbers.

Sincerely,

Joye Pressley
Joye Pressley
Legal Assitant

JP/ms